**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1533**

_____

T. JAMES ANDERSON, JR.,

Plaintiff - Appellant,

versus

ANDRE DAVIS, Honorable, District Court Judge,
United States District Court,

Defendant - Appellee.

_____

**No. 01-1534**

_____

T. JAMES ANDERSON, JR.,

Plaintiff - Appellant,

versus

ANDRE DAVIS, Honorable, District Court Judge,
United States District Court,

Defendant - Appellee.

_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-
846-L, CA-01-906-L)

_____

Submitted: May 31, 2001               Decided: June 8, 2001

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

T. James Anderson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

T. James Anderson appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaints under 28 U.S.C.A. § 1915(e)(2)(B)(iii) (West Supp. 2000). We have reviewed the records and the district court's opinions and find that these appeals present no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Anderson v. Davis</u>, Nos. CA-01-846-L; CA-01-906-L (D. Md. Mar. 26 & 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2